JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REACH MUSIC PUBLISHING INC. | Case No. 2:22-cv-02006-DSF-GJS |
| Plaintiff, | Hon. Dale S. Fischer |
| vs. | **ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| ENEMY RECORDS, LLC, SLAM JAMZ RECORDS, LLC, and SPIT SLAM ENTERTAINMENT, LLC | |
| Defendants. | |

793168

## **ORDER**

Having reviewed the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing therefor, the Court hereby orders as follows:

1. The above-captioned action is hereby dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 23, 2022

　　　　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge

1